**No. 41038.**—Protests 871796–G, etc., of Ignaz Strauss & Co., Inc. (New York).

Opinion by McClelland, P. J.   It was stipulated that the merchandise consists of bridge table paper weights.   The claim at 40 percent under paragraph 339 was therefore sustained.   *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20) cited.

**No. 41039.**—Protests 833755–G, etc., of Goldschmidt Corp. (New York).

Opinion by McClelland, P. J.   It appeared that the article is animal wax, the only issue being whether or not it is a manufacture of such wax.   It was found that the record shows that after the separation of the wax from the wool grease nothing further was added or done to it.   It was therefore held entitled to free entry under paragraph 1796 as animal wax.

**No. 41040.**—Protests 811788–G, etc., of W. A. Gleeson (St. Albans).

Opinion by McClelland, P. J.   It was stipulated that the timber in question is similar to that the subject of *Laurence Phillips* v. *United States* (T. D. 49624). The protests were therefore sustained.

BEFORE THE THIRD DIVISION, APRIL 11, 1939

**No. 41041.**—Protests 936846–G, etc., of Cluff & Pickering, Ltd., et al. (Baltimore, etc.).

Opinion by CLINE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, APRIL 12, 1939

**No. 41042.**—Petition 5700–R of Langfelder, Homma & Hayward, Inc. (New York).

Opinion by McClelland, P. J.   It appeared that the advances in value made by the appraiser occurred from disallowances of items of freight.   It was found that there was no intention to defraud the Government or to deceive the appraiser.   The petition was therefore granted.